UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORENZO EUGENE WALKER,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SGT. CLEMENT, CORRECTIONS OFFICER THERESA POWELL and CUS RUNNION,<br><br>                    Defendants. | NO.  CV-07-202-CI<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

   BEFORE THE COURT is Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a).  Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 14) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

   Plaintiff also filed a Motion and Declaration to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 16) is **GRANTED** and the institution having custody of Mr. Walker shall cease collection of the filing fee in this action, cause number **CV-07-202-CI.**

   **IT IS SO ORDERED**.  The District Court Executive is directed to

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED August 30, 2007.

                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2